# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

TOMMY BARNETT, ET AL

v.                              NO. 4:05CV01020 SWW

BOB PARISH, ET AL

### ORDER

The Court's attention has been directed to the fact that separate defendants Roy Sanchez and Billie R. Golla presently are proceeding pro se.

The purpose of this Order is to direct separate defendants' attention to the fact that they are required to be familiar and comply with all Federal Rules of Civil Procedure as well as the Local Rules of this Court.

The Federal Rules of Civil Procedure are available in many libraries and bookstores and the Local Rules can be obtained from the District Clerk for the Eastern District of Arkansas. Separate defendants hereby are instructed to be familiar and comply with said Rules.

The Clerk of the Court is directed to serve this Order on separate defendants Roy Sanchez and Billie R. Golla by both regular mail and certified mail, return receipt requested.

IT IS SO ORDERED this 11th day of October, 2005.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE